UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:07CV00970 JCH |
| ) | |
| $15,000.00 U.S. CURRENCY ) | |
| ) | |
| Defendant. ) | |

### ORDER ADOPTING STIPULATED AGREEMENT

A Stipulation having been filed by the United States of America and the claimant, John J. Ebner,

IT IS HEREBY ORDERED THAT, pursuant to that Stipulation, Fifteen Thousand, ($15,000.00) shall be forfeited to the United States of America to be disposed of according to law, and

This matter is dismissed, with each party to bear its own costs.

IT IS SO ORDERED,

_____
UNITED STATES DISTRICT JUDGE

Dated this 6th Day of August, 2007